IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02266-PSF-CBS

MARY ELSEA,

    Plaintiff,

v.

BARBARA E. SHIPPS,

    Defendant.

## ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 15). The Court hereby ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay her own costs.

    DATED:  April 3, 2007

                                                                            BY THE COURT:

                                                                            *s/ Phillip S. Figa*

                                                                            _____
                                                                            Phillip S. Figa
                                                                            United States District Judge